✎GAM 35  
(Rev. 2/06)

**Report and Order Terminating Supervised Release**  
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  4:21-CR-31-007(CDL) |
| **GEORGE COOK** | |

On June 2, 2022, the supervised release period of 5 years commenced. George Cook has complied with the rules and regulations of supervised release; has met the criteria for early termination, as outlined in the *Guide to Judiciary Policy*, Volume 8, Part E (Post-Conviction Supervision) [Monograph 109], Chapter 3, as approved by the Administrative Office of the United States Courts; and is no longer in need of supervision. It is accordingly recommended that George Cook be discharged from supervision.

Respectfully submitted,

*Jennifer Fowler*

Jennifer T. Fowler  
Drug and Alcohol Treatment Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   8th   day of   September  , 2025.

S/Clay D. Land  
CLAY D. LAND  
U.S. DISTRICT COURT JUDGE  
MIDDLE DISTRICT OF GEORGIA